AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, SAN JUAN CITIZENS ALLIANCE, WILDEARTH GUARDIANS, and NATURAL RESOURCES DEFENSE COUNCIL<br><br>*Plaintiff(s)*<br><br>v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, UNITED STATES BUREAU OF LAND MANAGEMENT, an agency within the United States Department of the Interior, and NEIL KORNZE, in his official capacity as Director of the Bureau of Land Management<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:15-cv-00209-KBM-SCY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
The U.S. Attorney's Office for
Damon P. Martinez, U.S. Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kyle Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
tisdel@westernlaw.org

Samantha Ruscavage-Barz
WildEarth Guardians
516 Alto Street
Santa Fe, New Mexico 87501
sruscavagebarz@wildearthguardians.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Wednesday, March 11, 2015

Maryann Richmann
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00209-KBM-SCY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, The U.S. Attorney's Office for Damon P. Martinez,
was received by me on *(date)* 03/11/2015 . U.S. Attorney, District of New Mexico

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* U.S. Postal Service — Certified Mail / Return Receipt


My fees are $ 0.00 for travel and $ 8.03 for services, for a total of $ 8.03 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 03/12/2015

*Server's signature*

Dina M. Gonzales, Administrative Coordinator
*Printed name and title*

208 Paseo del Pueblo Sur, #602
Taos, NM 87571
*Server's address*

Additional information regarding attempted service, etc:

English | Customer Service | USPS Mobile     Register / Sign In

**USPS.COM**

Search or Enter a Tracking Number

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

**Tracking Number: 70140510000049567391**

**DELIVERED**

Updated Delivery Day: Monday, March 16, 2015

### Product & Tracking Information

Postal Product:     Extra Svc:
                      Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 17, 2015, 8:04 am | Delivered | ALBUQUERQUE, NM 87103 |

Your item was delivered at 8:04 am on March 17, 2015 in ALBUQUERQUE, NM 87103.

| | | |
|---|---|---|
| March 16, 2015, 8:11 am | Available for Pickup | ALBUQUERQUE, NM 87103 |
| March 16, 2015, 8:10 am | Arrived at Unit | ALBUQUERQUE, NM 87103 |
| March 14, 2015, 2:28 am | Departed USPS Facility | ALBUQUERQUE, NM 87101 |
| March 12, 2015, 10:47 pm | Arrived at USPS Facility | ALBUQUERQUE, NM 87101 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ALBUQUERQUE NM 87103    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.03 | 0996 |
| Certified Fee | $3.30 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees $ | $8.03 | 03/12/2015 |

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: The U.S. Attorney's Office for Damon P. Martinez, U.S. Attorney
City, State, ZIP+4: District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

PS Form 3800, A

## Track Another

Tracking (or receipt) number

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
The U.S. Attorney's Office for
Damon P. Martinez, U.S. Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): _Anthony Gutierrez_    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®    ☐ Priority Mail Express™
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7014 0510 0000 4956 7391

PS Form 3811, July 2013     Domestic Return Receipt

**USPS.COM**

HELPFUL LINKS
Contact Us
Site Index
FAQs