IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>SALLY JEWELL, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No. 1:15-cv-0209-WJ-SCY<br><br>PLAINTIFFS' MOTION FOR<br>PRELIMINARY INJUNCTION |

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs respectfully request this Court to issue a preliminary injunction to enjoin Federal Defendants from continuing to approve applications for permits to drill ("APDs") targeting the Mancos Shale formation and to enjoin all ground disturbance, construction, drilling, and other associated operations on all APD approvals challenged in this case pending resolution of this case on the merits to maintain the status quo on the ground.

Plaintiffs' Counsel has communicated with Counsel for Federal Defendants regarding Plaintiffs' intent to file this Motion. Federal Defendants intend to move forward with APD approvals and ground disturbing activities and drilling on the APDs challenged in this case. For this reason, Plaintiffs also request expedited hearing on this Motion immediately following completion of briefing.[1] This motion is supported by Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction, and associated declarations and exhibits attached thereto, pursuant to Fed. R. Civ. P. 65(a). Counsel for Federal Defendants consent to Plaintiffs exceeding the page limit for exhibits to this Motion pursuant to D.N.M.LR-Civ. 10.5.

---

[1] The parties have agreed that Federal Defendants' Response Brief will be due on May 26, consistent with the timeframe in Local Rule 7.4(a). Plaintiffs will file their Reply Brief within seven days of Federal Defendants' Response Brief to allow for an expedited hearing on the Motion within the first two weeks of June.

RESPECTFULLY SUBMITTED this 11th day of May, 2015.

/s/ Kyle J. Tisdel_____
Kyle J. Tisdel
tisdel@westernlaw.org

WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050

*Counsel for Plaintiffs*

/s/ Samantha Ruscavage-Barz_____
Samantha Ruscavage-Barz
sruscavagebarz@wildearthguardians.org

WILDEARTH GUARDIANS
516 Alto Street
Santa Fe, NM 87501
(p) 505.401.4180
(f) 505.213.1895

*Counsel for Plaintiff WildEarth Guardians*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 11, 2015, I electronically filed the foregoing PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the following counsel of record:

For Federal Defendants:

Clare M. Boronow
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Phone: 202.305.0492
Email: clare.boronow@usdoj.gov

Justin A. Torres
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Phone: 202.305.0874
Email: justin.torres@usdoj.gov

/s/ Kyle Tisdel
Western Environmental Law Center
Counsel for Plaintiffs