IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SALLY JEWELL, *et al.*,<br><br>Federal Defendants,<br><br>WPX ENERGY PRODUCTION, LLC, *et al.*,<br>AMERICAN PETROLEUM INSTITUTE,<br><br>Defendant-Intervenors. | Case No. 1:15-cv-00209-JB-LF |

## PLAINTIFFS' UNOPPOSED MOTION TO FILE SECOND SUPPLEMENTED PETITION FOR REVIEW

Pursuant to Fed.R.Civ.P. 15(d), Plaintiffs respectfully seek leave to supplement their Petition for Review. Plaintiffs' counsel has consulted counsel for Federal Defendants and Defendant-Intervenors who have indicated that they do not oppose this Motion.

The proposed supplements to the Petition for Review include 11 new agency decisions authorizing drilling of 54 wells that post-date the filing of Plaintiffs' First Amended and Supplemented Petition for Review on May 21, 2015 (Dkt. 32).

The Second Supplemented Petition for Review has been lodged concurrently with this Motion. Plaintiffs respectfully request that the Court grant this Motion.

Respectfully submitted this 24th day of November 2015,

/s/ Kyle J. Tisdel
Kyle J. Tisdel
tisdel@westernlaw.org

WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
(p) 575.613.8050
(f) 575.751.1775

*Counsel for Plaintiffs*

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz
sruscavagebarz@wildearthguardians.org

WILDEARTH GUARDIANS
516 Alto Street
Santa Fe, NM 87501
(p) 505.401.4180
(f) 505.213.1895

*Counsel for Plaintiff WildEarth Guardians*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing UNOPPOSED MOTION was served on all counsel of record through the Court's ECF system on this 24th day of November 2015.

/s/ Samantha Ruscavage-Barz