IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING OUR
ENVIRONMENT; SAN JUAN CITIZENS
ALLIANCE; WILDEARTH GUARDIANS;
and NATURAL RESOURCES DEFENSE
COUNCIL,

      Plaintiffs,

vs.                                                                             No. CIV 15-0209 JB/SCY

SALLY JEWELL, in her official capacity as
Secretary of the United States Department of the
Interior; UNITED STATES BUREAU OF
LAND MANAGEMENT, an agency within the
United States Department of the Interior; and
NEIL KORNZE, in his official capacity as
Director of the United States Bureau of Land
Management,

      Defendants,

and

WPX ENERGY PRODUCTION, LLC;
ENCANA OIL & GAS (USA) INC.; BP
AMERICA COMPANY; CONOCOPHILLIPS
COMPANY; BURLINGTON RESOURCES
OIL & GAS COMPANY LP; AMERICAN
PETROLEUM INSTITUTE; and ANSCHUTZ
EXPLORATION CORPORATION,

      Intervenor-Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Amended Order, filed April 23, 2018 (Doc. 129)("MOO").  In the MOO, the Court dismissed all of the Plaintiffs' claims with prejudice.  See MOO at 130.  Having disposed of all issues, claims, and parties before the Court, the Court now dismisses this case and enters Final Judgment.

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Kyle Tisdel
Western Environmental Law Center
Taos, New Mexico

--and--

Samantha Ruscavage-Barz
WildEarth Guardians
Santa Fe, New Mexico

*Attorneys for the Plaintiffs*

Jeffrey H. Wood
  Acting Assistant Attorney General
Justin Alan Torres
  Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.

-- and --

Clare Marie Boronow
  Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Denver, Colorado

*Attorneys for the Defendants*

Hadassah M. Reimer
Holland & Hart LLP
Jackson, Wyoming

--and--

Bradford C. Berge
Holland & Hart LLP
Santa Fe, New Mexico

--and--

John Fredrick Shepherd
Holland & Hart LLP
Denver, Colorado

>*Attorneys for Intervener-Defendants WPX Energy Production, LLC; Encana Oil & Gas (USA) Inc.; BP America Production Company; ConocoPhillips Company; Burlington Resources Oil & Gas Company LP; and Anschutz Exploration Corporation*


Michael R. Comeau
Jon J. Indall
Joseph E. Manges
Comeau, Maldegen, Templeman & Indall, LLP
Santa Fe, New Mexico

--and--

Steven Rosenbaum
Bradley Ervin
Covington & Burling, LLP
Washington, D.C.

--and--

Andrew Schau
Covington & Burling, LLP
New York City, New York

>*Attorneys for Intervenor-Defendant American Petroleum Institute*