IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINÉ CITIZENS AGAINST RUINING OUR
ENVIRONMENT, *et al.*,

    Plaintiffs,

    v.

DAVID BERNHARDT, in his official capacity as
Secretary of the United States Department of the
Interior, *et al.*,

    Federal Defendants,

    and

WPX ENERGY PRODUCTION, *et al.*,

No. CIV 15-00209-JB-LF

**ORDER
APPROVING PLAINTIFFS' NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION FOR FEES, COSTS, AND OTHER EXPENSES**

This matter comes before the Court on the Plaintiffs' February 4, 2020 Notice of Withdrawal of Plaintiffs' Motion for Fees, Costs, and Other Expenses. ECF. No. 168. The Parties, having reached a Stipulated Settlement Agreement and Release concerning Plaintiffs' motion for attorneys' fees, costs, and other expenses in this matter (ECF No. 158), the Court hereby DISMISSES Plaintiffs' motion for attorneys' fees, costs, and other expenses in this matter with prejudice.

DATED: 3/6/20

_____
UNITED STATES DISTRICT JUDGE